# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0470. WILBERT ALEXIS GONZALEZ v. NICHOLE RENEE STEVENS.**

Wilbert Alexis Gonzalez and Nichole Renee Stevens divorced in 2019. In 2020, Gonzalez filed a motion to modify custody, or in the alternative to modify visitation, and to modify child support. The trial court entered a final order reducing Gonzalez's child support obligation and ordered that he pay a part of the mother's attorney fees and the guardian ad litem fees. Gonzalez filed an application for discretionary appeal in which he challenged the trial court's order, which this Court granted. See Case No. A22D0186 (Jan. 5, 2022). After Gonzalez failed to pay costs and perfect the record for appeal in a timely manner, Stevens filed a motion to dismiss his notice of appeal, which the trial court granted. Gonzalez filed a notice of appeal therefrom. Stevens filed a motion to dismiss the appeal in this Court. We lack jurisdiction because the order at issue is not subject to direct appeal.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). Although Gonzalez sought to modify custody and/or visitation in his action, *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013), and orders regarding custody are directly appealable under OCGA § 5-6-34 (a) (11), the order at issue in this appeal dismissing his notice of appeal does not include any child custody rulings, so it does not fall within the scope of this provision. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017).

"[C]ompliance with the discretionary appeals procedure is jurisdictional." *Yanes v. Escobar*, 362 Ga. App. 896, 897-888 (870 SE2d 506) (2022) (punctuation omitted). Gonzalez's failure to follow the discretionary appeal procedure deprives this Court of jurisdiction over the appeal. Accordingly, Stevens's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   10/31/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*